

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-08-00016-CV
_____

## IN THE ESTATE OF LONIE WASHINGTON, DECEASED

On Appeal from the County Court at Law
Harrison County, Texas
Trial Court No. 91.12.236 CCL

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Bobbie Washington, the sole appellant in this case, has filed a motion seeking to dismiss her appeal. Pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, her motion is granted. *See* TEX. R. APP. P. 42.1.

We dismiss the appeal.

Bailey C. Moseley
Justice

Date Submitted: April 22, 2008
Date Decided: April 23, 2008